**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PAUL R. HUDSON                                                                                                   PLAINTIFF

v.                                               NO. 5:10CV00123 JLH

UNION PACIFIC RAILROAD COMPANY                                                         DEFENDANT

**ORDER**

James H. Wettermark has filed a motion for admission *pro hac vice* on behalf of plaintiff, designating Thomas H. McGowan as local counsel. The motion is GRANTED. Document #6. James H. Wettermark is hereby admitted to appear before this Court *pro hac vice* as co-counsel in this action for plaintiff.

IT IS SO ORDERED this 7th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE